# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                        §
                                              §
GILL, DAVID GREGOREY                          §    Case No. 10-51713
ROBINSON, KELLY LYNN                          §
                                              §
                    Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/19/2010 . The undersigned trustee was appointed on 11/19/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,000.83 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 500.00 |
| Bank service fees | | 125.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,375.83 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/08/2011 and the deadline for filing governmental claims was 04/08/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.08 , for a total compensation of $ 1,750.08 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/19/2012            By: /s/MICHAEL G. BERLAND
                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Document      Page 3 of 15

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-51713 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | | | Date Filed (f) or Converted (c): | 11/19/10 (f) |
| | ROBINSON, KELLY LYNN | | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: 06/19/12 | | | | Claims Bar Date: | 04/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14004 Route 59, Palinfield-scheduled | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 2006 Cumberland, Plainfield | 198,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Oxford bank-scheduled | 250.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods-scheduled | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, pictures etc-scheduled | 40.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Earrings, watch, etc-scheduled | 250.00 | 0.00 | DA | 0.00 | FA |
| 8. Term life-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Term lfie-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 50% partner Ulrich/bill-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Interest in settlement-scheduled | 27,415.00 | 5,000.00 | | 10,000.00 | FA |
| 12. 2003 Ford Ranger-scheduled | 1,650.00 | 0.00 | DA | 0.00 | FA |
| 13. 2003 Ford Taurus-scheduled | 4,950.00 | 0.00 | DA | 0.00 | FA |
| 14. 2003 Ford Focus-scheduled | 1,725.00 | 0.00 | DA | 0.00 | FA |
| 15. 1993 Honda-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 16. Work tools-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Family pets-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.83 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $368,580.00     $5,000.00     $10,000.83     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 10-51713   Doc 35   Filed 07/16/12   Entered 07/16/12 16:09:10   Desc Main
            Document      Page 4 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-51713   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | Date Filed (f) or Converted (c): | 11/19/10 (f) |
| | ROBINSON, KELLY LYNN | 341(a) Meeting Date: | 12/20/10 |
| | | Claims Bar Date: | 04/08/11 |

The Trustee compromised his interest in the proceeds of lawsuit.. The Trustee will file a Motion To Strike Secured Claim.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-51713 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GILL, DAVID GREGOREY | Bank Name: | The Bank of New York Mellon |
|  | ROBINSON, KELLY LYNN | Account Number / CD #: | *******8765 Money Market Account |
| Taxpayer ID No: | *******8766 |  |  |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/23/11 | 11 | Oxford Bank | Payment in full per court order for iterest in settlement DEPOSIT CHECK #589830 | 1149-000 | 10,000.00 |  | 10,000.00 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 |  | 10,000.01 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 10,000.09 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 10,000.17 |
| 05/06/11 | 001001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order | 3410-000 |  | 500.00 | 9,500.17 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 9,500.25 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 9,500.32 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 9,500.40 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 9,500.48 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,475.48 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 9,475.55 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,450.55 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 9,450.63 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,425.63 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 9,425.70 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,400.70 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 9,400.77 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 9,375.77 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 9,375.83 |
| 01/25/12 |  | Transfer to Acct #*******4828 | Bank Funds Transfer | 9999-000 |  | 9,375.83 | 0.00 |

Page Subtotals    10,000.83    10,000.83

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-51713 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | | Bank Name: | The Bank of New York Mellon |
| | ROBINSON, KELLY LYNN | | Account Number / CD #: | *******8765  Money Market Account |
| Taxpayer ID No: | *******8766 | | | |
| For Period Ending: | 06/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,000.83 | 10,000.83 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 9,375.83 | |
| | | | Subtotal | | 10,000.83 | 625.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.83 | 625.00 | |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 16.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-51713 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | Bank Name: | The Bank of New York Mellon |
| | ROBINSON, KELLY LYNN | Account Number / CD #: | *******8766 Checking Account |
| Taxpayer ID No: | *******8766 | | |
| For Period Ending: | 06/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)    Ver: 16.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| | |
|---|---|
| Case No: | 10-51713 -BL |
| Case Name: | GILL, DAVID GREGOREY |
| | ROBINSON, KELLY LYNN |
| Taxpayer ID No: | *******8766 |
| For Period Ending: | 06/19/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4828 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8765 | Bank Funds Transfer | 9999-000 | 9,375.83 | | 9,375.83 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 9,375.83 | 0.00 | 9,375.83 |
| Less: Bank Transfers/CD's | 9,375.83 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********8765 | 10,000.83 | 625.00 | 0.00 |
| Checking Account - ********8766 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4828 | 0.00 | 0.00 | 9,375.83 |
| | 10,000.83 | 625.00 | 9,375.83 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    9,375.83    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 8)
LFORM24
Ver: 16.06b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 19, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-51713
Debtor Name: GILL, DAVID GREGOREY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006<br>050<br>4110-00 | Capital One Auto Finance<br>PO Box 60511<br>City Of Industry CA 91716 | Secured | | $4,470.29 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Advantage Assets II, Inc.<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | Unsecured | | $0.00 | $5,303.09 | $5,303.09 |
| 000002<br>070<br>7100-00 | American Infosource Lp As Agent for<br>Wfnnb<br>As Assignee of<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $0.00 | $306.54 | $306.54 |
| 000003<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $618.36 | $618.36 |
| 000004<br>070<br>7100-00 | Dr. Girgist & Associates<br>Attn: Bankruptcy Dept.<br>908 N Elm St #306<br>Hinsdale, IL 60521 | Unsecured | | $0.00 | $1,125.00 | $1,125.00 |
| 000005<br>070<br>7100-00 | Dr. Stehpen Sum DDS<br>Bankruptcy Dept<br>318 Burr Ridge parkway<br>Burr Ridge, IL 60521 | Unsecured | | $0.00 | $272.00 | $272.00 |
| 000007<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $4,122.36 | $4,122.36 |
| 000008<br>070<br>7100-00 | Cedar Condominiums<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Unsecured | | $0.00 | $702.86 | $702.86 |
| 000009<br>070<br>7100-00 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured | | $0.00 | $680.09 | $680.09 |
| 000010<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $0.00 | $1,874.87 | $1,874.87 |
| 000011<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,072.17 | $1,072.17 |

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: June 19, 2012

Case Number: 10-51713
Debtor Name: GILL, DAVID GREGOREY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $1,154.17 | $1,154.17 |
| 000013 070 7100-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $743.92 | $743.92 |
| 000014 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $0.00 | $3,891.43 | $3,891.43 |
| 000015 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $458.86 | $458.86 |
| 000016 070 7100-00 | Portfolio Recovery Associates, LLC c/o Capital One Bank, N.a. POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $905.20 | $905.20 |
| | Case Totals: | | | $4,470.29 | $23,230.92 | $23,230.92 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-51713
Case Name: GILL, DAVID GREGOREY
  ROBINSON, KELLY LYNN
Trustee Name: MICHAEL G. BERLAND

Balance on hand                             $       9,375.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Capital One Auto Finance PO Box 60511 City Of Industry CA 91716 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors         $        0.00

Remaining Balance                             $    9,375.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,750.08 | $ 0.00 | $ 1,750.08 |

Total to be paid for chapter 7 administrative expenses    $    1,750.08

Remaining Balance                             $    7,625.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,230.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc.<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | $ 5,303.09 | $ 0.00 | $ 1,740.79 |
| 000002 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 306.54 | $ 0.00 | $ 100.62 |
| 000003 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 618.36 | $ 0.00 | $ 202.98 |
| 000004 | Dr. Girgist & Associates<br>Attn: Bankruptcy Dept.<br>908 N Elm St #306<br>Hinsdale, IL 60521 | $ 1,125.00 | $ 0.00 | $ 369.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Dr. Stehpen Sum DDS<br>Bankruptcy Dept<br>318 Burr Ridge parkway<br>Burr Ridge, IL 60521 | $ 272.00 | $ 0.00 | $ 89.29 |
| 000007 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $ 4,122.36 | $ 0.00 | $ 1,353.20 |
| 000008 | Cedar Condominiums<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | $ 702.86 | $ 0.00 | $ 230.72 |
| 000009 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | $ 680.09 | $ 0.00 | $ 223.25 |
| 000010 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 1,874.87 | $ 0.00 | $ 615.44 |
| 000011 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,072.17 | $ 0.00 | $ 351.95 |
| 000012 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,154.17 | $ 0.00 | $ 378.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ 743.92 | $ 0.00 | $ 244.20 |
| 000014 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 3,891.43 | $ 0.00 | $ 1,277.39 |
| 000015 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 458.86 | $ 0.00 | $ 150.62 |
| 000016 | Portfolio Recovery Associates, LLC c/o Capital One Bank, N.a. POB 41067 Norfolk VA 23541 | $ 905.20 | $ 0.00 | $ 297.14 |

    Total to be paid to timely general unsecured creditors    $    7,625.75

    Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE