## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GILL, DAVID GREGOREY | § | Case No. 10-51713 |
| ROBINSON, KELLY LYNN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/24/2012 in Courtroom 201,
Will County Court Annex Building
57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/16/2012            By: /s/ Michael G. Berland
                                              Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GILL, DAVID GREGOREY | § | Case No. 10-51713 |
| ROBINSON, KELLY LYNN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.83 |
| and approved disbursements of | $ | 625.00 |
| leaving a balance on hand of[1] | $ | 9,375.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Capital One Auto Finance<br>PO Box 60511<br>City Of Industry<br>CA 91716 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 9,375.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,750.08 | $ 0.00 | $ 1,750.08 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,750.08 |
| Remaining Balance | $ | 7,625.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,230.92  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc. 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | $ 5,303.09 | $ 0.00 | $ 1,740.79 |
| 000002 | American Infosource Lp As Agent for Wfnnb As Assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | $ 306.54 | $ 0.00 | $ 100.62 |
| 000003 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 618.36 | $ 0.00 | $ 202.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Dr. Girgist & Associates Attn: Bankruptcy Dept. 908 N Elm St #306 Hinsdale, IL 60521 | $ 1,125.00 | $ 0.00 | $ 369.29 |
| 000005 | Dr. Stehpen Sum DDS Bankruptcy Dept 318 Burr Ridge parkway Burr Ridge, IL 60521 | $ 272.00 | $ 0.00 | $ 89.29 |
| 000007 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 4,122.36 | $ 0.00 | $ 1,353.20 |
| 000008 | Cedar Condominiums c/o Collection Professionals Inc. P.O. Box 416 Lasalle, IL 61301 | $ 702.86 | $ 0.00 | $ 230.72 |
| 000009 | US Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | $ 680.09 | $ 0.00 | $ 223.25 |
| 000010 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 1,874.87 | $ 0.00 | $ 615.44 |
| 000011 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,072.17 | $ 0.00 | $ 351.95 |
| 000012 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,154.17 | $ 0.00 | $ 378.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ 743.92 | $ 0.00 | $ 244.20 |
| 000014 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 3,891.43 | $ 0.00 | $ 1,277.39 |
| 000015 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 458.86 | $ 0.00 | $ 150.62 |
| 000016 | Portfolio Recovery Associates, LLC c/o Capital One Bank, N.a. POB 41067 Norfolk VA 23541 | $ 905.20 | $ 0.00 | $ 297.14 |

Total to be paid to timely general unsecured creditors $ 7,625.75

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland

Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-51713-BWB
David Gregorey Gill                                                 Chapter 7
Kelly Lynn Robinson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: mrahmoun      Page 1 of 4              Date Rcvd: Jul 17, 2012
                           Form ID: pdf006     Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2012.
```
db/jdb      +David Gregorey Gill,   Kelly Lynn Robinson,   2006 Cumberland Dr,   Plainfield, IL 60586-5305
16446491    +AT&T,   Bankruptcy Dept.,   1585 Waukegan Road,   Waukegan, IL 60085-6727
16446440    +Advantage Assets II  INC.,   C/O LTD Financial SVCS LP,   7322 Southwest Fwy Ste 1,
             Houston, TX 77074-2010
16672055    +Advantage Assets II, Inc.,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2053
16446479    +Adventist LaGrange Mem. Hosp.,   Bankruptcy Department,   PO Box 9234,   Oak Brook, IL 60522-9234
16446499     American Family Insurance,   Bankruptcy Department,   6000 American Parkway,
             Madison, WI 53783-0001
16446503    +Avon Grove,   Attn: Bankruptcy Dept.,   c/o Allied Data Corp,   1311 Westmier Suite 400,
             Houston, TX 77006-2643
16446476    +Badowski Druzak Jensen MDS,   Attn: Bankruptcy Dept.,   10 W Martin Ave,
             Naperville, IL 60540-6538
16446482    +Benjamin Raab MD,   Attn: Bankruptcy Dept.,   3973 75th St.,   Aurora, IL 60504-7914
16446510     Bill Me Later,   Bankruptcy Department,   PO Box 2394,   Omaha, NE 68103-2394
16446442    +Blitt and Gaines, PC,   Bankruptcy Department,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16446498    +Brinks Home Security,   Bankruptcy Department,   8880 Esters Blvd.,   Irving, TX 75063-2406
16446465    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16698531    +Capital One Auto Finance,   PO Box 60511,   City Of Industry CA 91716-0511
16787639    +Cedar Condominiums,   c/o Collection Professionals Inc.,   P.O. Box 416,   Lasalle, IL 61301-0416
16446471    +Cedar Pointe,   Attn: Bankruptcy Dept.,   14006 S. Route 59,   Plainfield, IL 60544-5885
16446504    +Centurion Capital One,   c/o Blatt Hasenmiller,   125 South Wacker,   Chicago, IL 60606-4424
16446507    +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
16839078    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16446518    +City of Joliet,   Bankruptcy dept,   PO Box 451,   Wheeling, IL 60090-0451
16446483    +Collection Professionals,   Bankruptcy Department,   723 First St.,   LaSalle, IL 61301-2535
16446434    +Columbia House,   C/O National Recovery AGEN,   2491 Paxton St,   Harrisburg, PA 17111-1036
16446493    +Comcast,   Bankruptcy Department,   11621 E. Marginal Way 5,   Tukwila, WA 98168-1965
16446494    +Credit Protection Association,   Bankruptcy Department,   13355 Noel Rd., 21st floor,
             Dallas, TX 75240-6837
16446474   +++Dr. Girgist & Associates,   Attn: Bankruptcy Dept.,   908 N Elm St #306,
             Hinsdale, IL 60521-2647
16446484    +Dr. Stehpen Sum DDS,   Bankruptcy Dept,   318 Burr Ridge parkway,   Burr Ridge, IL 60527-6485
16446485    +Edward Hospital,   Attn: Bankruptcy Department,   801 S. Washington st.,
             Naperville, IL 60540-7499
16446481    +Employers Health Ins,   Attn: Bankruptcy Dept.,   c/o Fin system of Green B,   301 N Jackson St.,
             Green Bay, WI 54301-4938
16446454    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16446455    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16446477    +Family Podiatry center,   Attn: Bankruptcy Dept.,   640 S Washington,   Naperville, IL 60540-6792
16446517    +First Source Advantage,   Bankruptcy Department,   205 Bryant Woods S,   Amherst, NY 14228-3609
16446453    +Freedman Anselmo Lindberg &,   Rappe LLC,   1807 W. Diehl Rd.,   Naperville, IL 60563-1890
16446459    +GDYR/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
16446438    +GE Money BANK,   C/O Arrow Financial Servic,   5996 W Touhy Ave,   Niles, IL 60714-4610
16446448    +Hauselman & Rappin, LTD.,   Bankruptcy Department,   39 S. LaSalle St., Ste. 1105,
             Chicago, IL 60603-1720
16446472    +Hinsdale Surgical,   908 N Elm St,   #401,   Burr Ridge, IL 60521-2648
16446475    +Laboratory and Pathology Diag,   Attn: Bankruptcy Dept.,   Dept 4384,
             Carol Stream, IL 60122-0001
16446480    +Malcolm S. Gerald and Assoc.,   Bankruptcy Department,   332 S. Michigan Ave., Ste. 600,
             Chicago, IL 60604-4318
16446457    +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16446513     Merchants & Medical Credit,   Bankruptcy Department,   6324 Taylor Drive,   Flint, MI 48507-4685
16446449    +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
             Chicago, IL 60606-6908
16446489    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
             Chicago, IL 60606-6912
16446492    +Money Control,   Bankruptcy Department,   Po Box 49990,   Riverside, CA 92514-1990
16446466     NTB/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6003,   Hagerstown, MD 21747
17105462    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,
             POB 41067,   Norfolk VA 23541)
16446486    +Revenue Cycle Solutions/RCS,   Bankruptcy Department,   PO Box 7229,   Westchester, IL 60154-7229
16446515    +Sunrise Credit Services, Inc.,   Bankruptcy Department,   PO Box 9100,
             Farmingdale, NY 11735-9100
16446514     T-Mobile,   Bankruptcy Department,   PO Box 742596,   Cincinnati, OH 45274-2596
16446478    +TAC Collections,   401 N Michigan Ave,   #1200,   Chicago, IL 60611-4264
16446516    +Target,   Bankruptcy Department,   PO Box 673, Mailstop 6CA,   Minneapolis, MN 55440-0673
16446508    +The Hamilton Collection,   Attn: Bankruptcy Dept.,   9204 Center For the Arts,
             Niles, IL 60714-1387
16446456    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
16446496     Tripletake Lawn Care,   Attn: Bankruptcy Dept.,   24137 W Riverfront,   Plainfield, IL 60544
```

```
District/off: 0752-1          User: mrahmoun          Page 2 of 4          Date Rcvd: Jul 17, 2012
                             Form ID: pdf006          Total Noticed: 85

16446464     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK/NA ND,   Attn: Bankruptcy Dept.,   4325 17Th Ave S,
               Fargo, ND 58125)
16446509     +Universal Fidelity Corporation,   Bankruptcy Department,   PO Box 941911,
               Houston, TX 77094-8911
16446497     +Waste Management,   Attn: Bankruptcy Dept.,   PO BOX 4647,   Carol Stream, IL 60197-4647
16446461     +Wfnnb/VICTORIAS SECRET,   Attn: Bankruptcy Dept.,   Po Box 182128,   Columbus, OH 43218-2128
16446447     +Will County Circuit Court,   Doc #10CH5645,   14 W. Jefferson St,   Joliet, IL 60432-4300
16446441     +Will County Circuit Court,   Doc #09SC12404,   14 W. Jefferson St,   Joliet, IL 60432-4300
16446452     +Will County Circuit Court,   Doc #09SC12798,   14 W. Jefferson St,   Joliet, IL 60432-4300
16446469     +Will County Circuit Court,   Doc #10CH1141,   14 W. Jefferson St,   Joliet, IL 60432-4300
16446490     +XM Satellite Radio,   Attn: Bankruptcy Dept.,   PO BOX 9001399,   Louisville, KY 40290-1399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16976351      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2012 01:11:59
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
16673995      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2012 01:11:59
               American Infosource Lp As Agent For Wfnnb,   As Assignee of,   Victoria's Secret,
               PO Box 248872,   Oklahoma City, OK  73124-8872
16446500     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 18 2012 00:59:47     CCS,
               Bankruptcy Department,   PO Box 9126,   Boston, MA 02114-0041
16446439     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 18 2012 00:57:13     Capital ONE,
               C/O LVNV Funding LLC,   Po Box 740281,   Houston, TX 77274-0281
16446443      E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jul 18 2012 01:00:15
               Capital ONE AUTO Finan,   Attn: Bankruptcy Dept.,   3901 Dallas Pkwy,   Plano, TX 75093-7864
16930963      E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2012 01:15:18     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16446437     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 18 2012 00:57:13
               GE Capital LOWE S VISA Platinu,   C/O LVNV Funding LLC,   Po Box 740281,
               Houston, TX 77274-0281
17078547      E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2012 01:15:18     GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16446460     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2012 02:13:15     GEMB/JEWELRY ACCENTS,
               Attn: Bankruptcy Dept.,   Po Box 981439,   El Paso, TX 79998-1439
16446463     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2012 02:13:15     GEMB/Walmart,
               Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
16446436     +E-mail/Text: bankruptcy@hraccounts.com Jul 18 2012 00:58:14     H & R Accounts INC,
               Attn: Bankruptcy Dept.,   7017 John Deere Pkwy,   Moline, IL 61265-8072
16446451     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2012 00:58:51     Household BANK,
               C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2251
16446445     +E-mail/Text: Bankruptcy@icsystem.com Jul 18 2012 01:28:20     I C System INC,
               Attn: Bankruptcy Dept.,   Po Box 64378,   Saint Paul, MN 55164-0378
16446458     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2012 00:58:14     Kohls/Chase,
               Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16989401      E-mail/Text: resurgentbknotifications@resurgent.com Jul 18 2012 00:57:13     LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
16446435      E-mail/Text: bankruptcydepartment@ncogroup.com Jul 18 2012 01:46:54     NCO FIN/55,
               Attn: Bankruptcy Dept.,   Po Box 13570,   Philadelphia, PA 19101
16712177     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2012 00:58:51     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
16446506      E-mail/Text: bankruptcydepartment@ncogroup.com Jul 18 2012 01:46:54
               NCO Financial Systems, Inc,   Bankruptcy Department,   507 Prudential Rd.,
               Horsham, PA 19044-2308
16446495     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 18 2012 00:59:47     Nationwide Insurance,
               c/o CCS,   Two Wells Ave,   Dept 9134,   Newton, MA 02459-3208
16446511     +E-mail/Text: bankrup@nicor.com Jul 18 2012 00:57:45     Nicor Gas,   Bankruptcy Department,
               PO Box 549,   Aurora, IL 60507-0549
16446487     +E-mail/Text: mmrgbk@miramedrg.com Jul 18 2012 01:28:23     Revenue Production Management,
               Bankruptcy Department,   PO Box 830913,   Birmingham, AL 35283-0913
16690177     +E-mail/Text: bncmail@w-legal.com Jul 18 2012 01:29:03     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                            TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16446444      Maureen Robinson,   Debtor's Primary
16446501*    +AT&T,   Bankruptcy Dept.,   1585 Waukegan Road,   Waukegan, IL 60085-6727
16446512*    +Comcast,   Bankruptcy Department,   11621 E. Marginal Way S,   Tukwila, WA 98168-1965
16446467*    +Kohls/Chase,   Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
16446462*    +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16446450*    +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
               Chicago, IL 60606-6908
16800444*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201-5229)
```

```
District/off: 0752-1          User: mrahmoun          Page 3 of 4          Date Rcvd: Jul 17, 2012
                              Form ID: pdf006         Total Noticed: 85

16446468  ##+Bank of America,    Bankruptcy Department,    PO Box 15168,    Wilmington, DE 19850-5168
16446519  ##+Best Buy,    Bankruptcy Department,    PO Box 15521,    Wilmington, DE 19850-5521
16446446  ##+Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
16446505  ##+Express/WFNNB,    Bankruptcy Department,    PO Box 330066,    Northglenn, CO 80233-8066
16446470  ##+Fisher and Shapiro LLC,    Bankruptcy Department,    4201 Lake Cook Rd,    Northbrook, IL 60062-1060
16446473  ##+Naperville Radiologists,    Attn: Bankruptcy Department,    Box 70,    Hinsdale, IL 60522-0070
16446488  ##+OSI Collection Services,    Bankruptcy Department,    1375 E. Woodfield Rd., #110,
             Schaumburg, IL 60173-5423
16446502  ##+Paragon Way Inc.,    Bankruptcy Department,    2101 W. Ben White Blvd., #103,
             Austin, TX 78704-7517
                                                                    TOTALS: 1, * 6, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2012**                    **Signature:**   *Joseph Speetjens*

District/off: 0752-1          User: mrahmoun          Page 4 of 4          Date Rcvd: Jul 17, 2012
                             Form ID: pdf006          Total Noticed: 85

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2012 at the address(es) listed below:
          Clay  Mosberg    on behalf of Creditor  Vericrest Financial, Inc... cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Jason A. Kara   on behalf of Debtor David Gill ndil@geracilaw.com
          Michael G Berland   einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 4