# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
GILL, DAVID GREGOREY                          §        Case No. 10-51713
ROBINSON, KELLY LYNN                          §
                                              §
             Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on        . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Capital ONE AUTO Finan Attn: Bankruptcy Dept. 3901 Dallas Pkwy Plano TX 75093 | | | | | |
| | 3 Cedar Pointe Attn: Bankruptcy Dept. 14006 S. Route 59 Plainfield IL 60544 | | | | | |
| | 4 Citimortgage INC Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | | | | |
| | Fisher and Shapiro LLC Bankruptcy Department 4201 Lake Cook Rd Northbrook IL 60062 | | | | | |
| | Hauselman & Rappin, LTD. Bankruptcy Department 39 S. LaSalle St., Ste. 1105 Chicago IL 60603 | | | | | |
| | Will County Circuit Court Doc #10CH1141 14 W. Jefferson St Joliet IL 60432 | | | | | |
| | Will County Circuit Court Doc #10CH5645 14 W. Jefferson St Joliet IL 60432 | | | | | |
| 000006 | CAPITAL ONE AUTO FINANCE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Gloria Longest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Bill Me Later Bankruptcy Department PO Box 2394 Omaha NE 68103-2394 | | | | | |
| 11 | Brinks Home Security Bankruptcy Department 8880 Esters Blvd. Irving TX 75063 | | | | | |
| 12 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 13 | Capital ONE C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 15 Chase Bankruptcy Department 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | 16 City of Joliet Bankruptcy dept PO Box 451 Wheeling IL 60090 | | | | | |
| | 17 Columbia House C/O National Recovery AGEN 2491 Paxton St Harrisburg PA 17111 | | | | | |
| | 18 Comcast Bankruptcy Department 11621 E. Marginal Way 5 Tukwila WA 98168-1965 | | | | | |
| | 19 Comcast Bankruptcy Department 11621 E. Marginal Way 5 Tukwila WA 98168-1965 | | | | | |
| | 2 Adventist LaGrange Mem. Hosp. Bankruptcy Department PO Box 9234 Oak Brook IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Edward Hospital Attn: Bankruptcy Department 801 S. Washington st. Naperville IL 60566 | | | | | |
| | 24 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 25 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 26 Express/WFNNB Bankruptcy Department PO Box 330066 Northglenn CO 80233 | | | | | |
| | 27 Family Podiatry center Attn: Bankruptcy Dept. 640 S Washington Naperville IL 60540 | | | | | |
| | 28 GDYR/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 3 American Family Insurance Bankruptcy Department 6000 American Parkway Madison WI 53783-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 30 GE Money BANK C/O Arrow Financial Servic 5996 W Touhy Ave Niles IL 60714 | | | | | |
| | 31 GEMB/JEWELRY ACCENTS Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| | 33 H & R Accounts INC Attn: Bankruptcy Dept. 7017 John Deere Pkwy Moline IL 61265 | | | | | |
| | 34 Hinsdale Surgical 908 N Elm St Burr Ridge IL 60521 | | | | | |
| | 36 I C System INC Attn: Bankruptcy Dept. Po Box 64378 Saint Paul MN 55164 | | | | | |
| | 37 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 38 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 39 Laboratory and Pathology Diag Attn: Bankruptcy Dept. Dept 4384 Carol Stream IL 60122 | | | | | |
| | 4 AT&T Bankruptcy Dept. 1585 Waukegan Road Waukegan IL 60085 | | | | | |
| | 40 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 401 N Michigan Ave #1200 Chicago IL 60611 | | | | | |
| | 41 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 42 Merchants & Medical Credit Bankruptcy Department 6324 Taylor Drive Flint MI 48507-4685 | | | | | |
| | 43 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 44 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| | 45 Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | 46 Naperville Radiologists Attn: Bankruptcy Department Box 70 Hinsdale IL 60522 | | | | | |
| | 47 Nationwide Insurance c/o CCS Two Wells Ave Newton MA 02459 | | | | | |
| | 48 NCO FIN/55 Attn: Bankruptcy Dept. Po Box 13570 Philadelphia PA 19101 | | | | | |
| | 49 Nicor Gas Bankruptcy Department PO Box 549 Aurora IL 60507 | | | | | |
| | 5 AT&T Bankruptcy Dept. 1585 Waukegan Road Waukegan IL 60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 50 NTB/CBSD Attn: Bankruptcy Dept. Po Box 6003 Hagerstown MD 21747 | | | | | |
| | 51 OSI Collection Services Bankruptcy Department 1375 E. Woodfield Rd., #110 Schaumburg IL 60173 | | | | | |
| | 53 The Hamilton Collection Attn: Bankruptcy Dept. 9204 Center For the Arts Niles IL 60714 | | | | | |
| | 54 T-Mobile Bankruptcy Department PO Box 742596 Cincinnati OH 45274-2596 | | | | | |
| | 55 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 56 Tripletake Lawn Care Attn: Bankruptcy Dept. 24137 W Riverfront Plainfield IL 60544 | | | | | |
| | 57 US BANK/NA ND Attn: Bankruptcy Dept. 4325 17Th Ave S Fargo ND 58125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 58 Waste Management Attn: Bankruptcy Dept. PO BOX 4647 Carol Stream IL 60197 | | | | | |
| | 59 Wfnnb/VICTORIAS SECRET Attn: Bankruptcy Dept. Po Box 182128 Columbus OH 43218 | | | | | |
| | 6 Avon Grove Attn: Bankruptcy Dept. c/o Allied Data Corp Houston TX 77077 | | | | | |
| | 60 XM Satellite Radio Attn: Bankruptcy Dept. PO BOX 9001399 Louisville KY 40290 | | | | | |
| | 7 Badowski Druzak Jensen MDS Attn: Bankruptcy Dept. 10 W Martin Ave Naperville IL 60540 | | | | | |
| | 8 Benjamin Raab MD Attn: Bankruptcy Dept. 3973 75th St. Aurora IL 60504 | | | | | |
| | 9 Best Buy Bankruptcy Department PO Box 15521 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt and Gaines, PC Bankruptcy Department 661 Glenn Ave. Wheeling IL 60090 | | | | | |
| | CCS Bankruptcy Department PO Box 9126 Boston MA 02205 | | | | | |
| | Collection Professionals Bankruptcy Department 723 First St LaSalle IL 61301 | | | | | |
| | Credit Protection Association Bankruptcy Department 13355 Noel Rd., 21st floor Dallas TX 75240 | | | | | |
| | First Source Advantage Bankruptcy Department 205 Bryant Woods S Amherst NY 14228 | | | | | |
| | Malcolm S. Gerald and Assoc. Bankruptcy Department 332 S. Michigan Ave., Ste. 600 Chicago IL 60604 | | | | | |
| | Money Control Bankruptcy Department PO Box 49990 Riverside CA 92514 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems, Inc Bankruptcy Department 507 Prudential Rd. Horsham PA 19044 | | | | | |
| | Paragon Way Inc. Bankruptcy Department 2101 W. Ben White Blvd., #103 Austin TX 78704 | | | | | |
| | Revenue Cycle Solutions/RCS Bankruptcy Department PO Box 7229 Westchester IL 60154 | | | | | |
| | Revenue Production Management Bankruptcy Department PO Box 830913 Birmingham AL 35283 23 Employers Health Ins Attn: Bankruptcy Dept. c/o Fin system of Green B Green Bay WI 54304 | | | | | |
| | Sunrise Credit Services, Inc. Bankruptcy Department PO Box 9100 Farmingdale NY 11753-9100 | | | | | |
| | TAC Collections | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Universal Fidelity Corporation Bankruptcy Department PO Box 941911 Houston TX 77094 | | | | | |
| | Will County Circuit Court Doc #09SC12404 14 W. Jefferson St Joliet IL 60432 | | | | | |
| | Will County Circuit Court Doc #09SC12798 14 W. Jefferson St Joliet IL 60432 | | | | | |
| 000001 | ADVANTAGE ASSETS II, INC. | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000011 | CAPITAL RECOVERY IV LLC | | | | | |
| 000012 | CAPITAL RECOVERY IV LLC | | | | | |
| 000008 | CEDAR CONDOMINIUMS | | | | | |
| 000010 | CHASE BANK USA,N.A | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | DR. GIRGIST & ASSOCIATES | | | | | |
| 000005 | DR. STEHPEN SUM DDS | | | | | |
| 000015 | GE MONEY BANK | | | | | |
| 000014 | LVNV FUNDING LLC | | | | | |
| 000007 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | TARGET NATIONAL BANK | | | | | |
| 000009 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-51713 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|

Case Name:   GILL, DAVID GREGOREY
ROBINSON, KELLY LYNN

For Period Ending:  10/08/12

Date Filed (f) or Converted (c):   11/19/10 (f)

341(a) Meeting Date:   12/20/10

Claims Bar Date:   04/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14004 Route 59, Palinfield-scheduled | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 2006 Cumberland, Plainfield | 198,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Oxford bank-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. Books, pictures etc-scheduled | 40.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, etc-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 8. Term life-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9. Term lfie-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 10. 50% partner Ulrich/bill-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11. Interest in settlement-scheduled | 27,415.00 | 5,000.00 | | 10,000.00 | FA |
| 12. 2003 Ford Ranger-scheduled | 1,650.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Ford Taurus-scheduled | 4,950.00 | 0.00 | | 0.00 | FA |
| 14. 2003 Ford Focus-scheduled | 1,725.00 | 0.00 | | 0.00 | FA |
| 15. 1993 Honda-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 16. Work tools-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. Family pets-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.83 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $368,580.00       $5,000.00       $10,000.83       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-51713   BL   Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | | Date Filed (f) or Converted (c): | 11/19/10 (f) |
| | ROBINSON, KELLY LYNN | | 341(a) Meeting Date: | 12/20/10 |
| | | | Claims Bar Date: | 04/08/11 |

The Trustee compromised his interest in the proceeds of  lawsuit.. The Trustee will file a Motion To Strike Secured
Claim.

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-51713 -BL | |
| Case Name: | GILL, DAVID GREGOREY | |
| | ROBINSON, KELLY LYNN | |
| Taxpayer ID No: | *******8766 | |
| For Period Ending: | 10/08/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8765  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/11 | 11 | Oxford Bank | Payment in full per court order for iterest in settlement | 1149-000 | 10,000.00 | | 10,000.00 |
| | | | DEPOSIT CHECK #589830 | | | | |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 10,000.01 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.09 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.17 |
| 05/06/11 | 001001 | Gloria Longest | Payment of accountant for | 3410-000 | | 500.00 | 9,500.17 |
| | | | preparation of tax returns per court order | | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,500.25 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,500.32 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,500.40 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,500.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,475.48 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,475.55 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,450.55 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,450.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,425.63 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,425.70 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,400.70 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,400.77 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,375.77 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,375.83 |
| 01/25/12 | | Transfer to Acct #*******4828 | Bank Funds Transfer | 9999-000 | | 9,375.83 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 10,000.83 | 10,000.83 |

Ver: 17.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 10-51713  -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GILL, DAVID GREGOREY | Bank Name: | The Bank of New York Mellon |
| | ROBINSON, KELLY LYNN | Account Number / CD #: | *******8765  Money Market Account |
| Taxpayer ID No: | *******8766 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,000.83 | 10,000.83 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 9,375.83 | |
| | | | Subtotal | | 10,000.83 | 625.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.83 | 625.00 | |

Page Subtotals                0.00                0.00

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 10-51713  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | GILL, DAVID GREGOREY | | Bank Name: | The Bank of New York Mellon |
| | ROBINSON, KELLY LYNN | | Account Number / CD #: | *******8766  Checking Account |
| Taxpayer ID No: | *******8766 | | | |
| For Period Ending: | 10/08/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                  0.00              0.00

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 10-51713  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | Bank Name: | Congressional Bank |
| | ROBINSON, KELLY LYNN | Account Number / CD #: | *******4828  Checking Account |
| Taxpayer ID No: | *******8766 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8765 | Bank Funds Transfer | 9999-000 | 9,375.83 | | 9,375.83 |
| 08/28/12 | 001001 | MICHAEL G. BERLAND | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.08 | 7,625.75 |
| | | 1 NORTH LASALLE STREET | | | | | |
| | | STE 1775 | | | | | |
| | | CHICAGO, IL  60602 | | | | | |
| 08/28/12 | 001002 | Advantage Assets II, Inc. | Claim 000001, Payment 32.82596% | 7100-000 | | 1,740.79 | 5,884.96 |
| | | 7322 Southwest Freeway | | | | | |
| | | Suite 1600 | | | | | |
| | | Houston, TX 77074 | | | | | |
| 08/28/12 | 001003 | American Infosource Lp As Agent for Wfnnb | Claim 000002, Payment 32.82443% | 7100-000 | | 100.62 | 5,784.34 |
| | | As Assignee of | | | | | |
| | | Victoria's Secret | | | | | |
| | | PO Box 248872 | | | | | |
| | | Oklahoma City, OK 73124-8872 | | | | | |
| 08/28/12 | 001004 | TARGET NATIONAL BANK | Claim 000003, Payment 32.82554% | 7100-000 | | 202.98 | 5,581.36 |
| | | C O WEINSTEIN AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 08/28/12 | 001005 | Dr. Girgist & Associates | Claim 000004, Payment 32.82578% | 7100-000 | | 369.29 | 5,212.07 |
| | | Attn: Bankruptcy Dept. | | | | | |
| | | 908 N Elm St #306 | | | | | |
| | | Hinsdale, IL 60521 | | | | | |
| 08/28/12 | 001006 | Dr. Stehpen Sum DDS | Claim 000005, Payment 32.82721% | 7100-000 | | 89.29 | 5,122.78 |
| | | Bankruptcy Dept | | | | | |
| | | 318 Burr Ridge parkway | | | | | |
| | | Burr Ridge, IL 60521 | | | | | |
| 08/28/12 | 001007 | Midland Credit Management, Inc. | Claim 000007, Payment 32.82586% | 7100-000 | | 1,353.20 | 3,769.58 |
| | | 8875 Aero Drive, Suite 200 | | | | | |
| | | San Diego, CA 92123 | | | | | |

Page Subtotals         9,375.83         5,606.25

Ver: 17.00

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          10-51713  -BL

Case Name:      GILL, DAVID GREGOREY
                ROBINSON, KELLY LYNN

Taxpayer ID No:  *******8766

For Period Ending:  10/08/12

Trustee Name:      MICHAEL G. BERLAND

Bank Name:      Congressional Bank

Account Number / CD #:      *******4828  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/28/12 | 001008 | Cedar Condominiums<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | Claim 000008, Payment 32.82588% | 7100-000 | | 230.72 | 3,538.86 |
| 08/28/12 | 001009 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Claim 000009, Payment 32.82654% | 7100-000 | | 223.25 | 3,315.61 |
| 08/28/12 | 001010 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000010, Payment 32.82574% | 7100-000 | | 615.44 | 2,700.17 |
| 08/28/12 | 001011 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 32.82595% | 7100-000 | | 351.95 | 2,348.22 |
| 08/28/12 | 001012 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000012, Payment 32.82619% | 7100-000 | | 378.87 | 1,969.35 |
| 08/28/12 | 001013 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000013, Payment 32.82611% | 7100-000 | | 244.20 | 1,725.15 |
| 08/28/12 | 001014 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000014, Payment 32.82572% | 7100-000 | | 1,277.39 | 447.76 |
| 08/28/12 | 001015 | GE Money Bank<br>c/o Recovery Management Systems Corporat | Claim 000015, Payment 32.82483% | 7100-000 | | 150.62 | 297.14 |

|  | | | Page Subtotals | | 0.00 | 3,472.44 | |

Ver: 17.00

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-51713  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | GILL, DAVID GREGOREY | Bank Name: | Congressional Bank |
| | ROBINSON, KELLY LYNN | Account Number / CD #: | *******4828  Checking Account |
| Taxpayer ID No: | *******8766 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/28/12 | 001016 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>Portfolio Recovery Associates, LLC<br>c/o Capital One Bank, N.a.<br>POB 41067<br>Norfolk VA 23541 | Claim 000016, Payment 32.82589% | 7100-000 | | 297.14 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 9,375.83 | 9,375.83 | | 0.00 |
| | Less: Bank Transfers/CD's | | 9,375.83 | 0.00 | | |
| | Subtotal | | 0.00 | 9,375.83 | | |
| | Less: Payments to Debtors | | | 0.00 | | |
| | Net | | 0.00 | 9,375.83 | | |
| | | | | NET | ACCOUNT |
| | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Money Market Account - *******8765 | | 10,000.83 | 625.00 | 0.00 |
| | Checking Account - *******8766 | | 0.00 | 0.00 | 0.00 |
| | Checking Account - *******4828 | | 0.00 | 9,375.83 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 10,000.83 | 10,000.83 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            297.14

Ver: 17.00